# Amster Rothstein & Ebenstein LLP

405 Lexington Avenue
New York NY 10174

Main  212 336 8000
Fax   212 336 8001
Web   www.arelaw.com

Douglas A. Miro
Direct 212 336 8080
E-mail dmiro@arelaw.com

September 14, 2023

**Via ECF**

The Honorable P. Kevin Castel, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  *MVN Entertainment, LP v. Sakar International, Inc.*,
     No. 23-cv-2772-PKC

Dear Judge Castel:

> *The existing CMO/SO closes fact discovery on December 15, 2023. The Court will stay proceedings until October 18, 2023. If the action is not settled by October 18, 2023, the date in paragraph 5 will be extended by 30 days.*
>
> *SO ORDERED*
>
> [signature]
> USDJ
> 9-18-23

This firm represents Defendant Sakar International, Inc. ("Defendant") in the above-referenced matter. The next case Management Conference in this matter is currently scheduled for January 5, 2024, and is the next conference scheduled with the Court.

The Parties hereby jointly request a 30-day stay of all deadlines in this action to allow the Parties to finalize settlement negotiations and document the settlement between the Parties.

Plaintiff's counsel has consented to this request. This is the first request for a stay of this action submitted by either party. Defendant previously requested an extension of time to respond to the Complaint, which was granted by the Court. (ECF No. 12). This stay is not sought for any improper purpose and no Party will be prejudiced by this brief stay. In the unlikely event that the parties are unable to finalize settlement papers within the 30 days, the Parties will work together in good faith to present a revised Case Management Plan & Scheduling Order to the Court.

Accordingly, the Parties request a 30-day stay of this action.

4877-4780-7615v.1

The Honorable P. Kevin Castel          2          September 14, 2023

         Respectfully submitted,

         AMSTER, ROTHSTEIN & EBENSTEIN LLP

         /s/ Douglas A. Miro
         Douglas A. Miro

cc:    All Counsel of Record via ECF

4877-4780-7615v.1